MOLLY A. STEBBINS            8639
Corporation Counsel

WILLIAM V. BRILHANTE, JR.    8010
Assistant Corporation Counsel

MELODY PARKER               4406
Deputy Corporation Counsel
LAUREEN L. MARTIN           5927
Assistant Corporation Counsel, Section Chief
County of Hawai'i
101 Aupuni Street, Suite 325
Hilo, Hawai'i 96720
Telephone: (808) 961-8251
Facsimile: (808) 961-8622
E-mail:    melody.parker@hawaiicounty.gov

Attorneys for Defendant COUNTY OF HAWAI'I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ED MUEGGE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF HAWAI'I,<br><br>　　　　　　Defendant. | CIVIL NO. CV 14-00002 LEK-RLP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES; ORDER |

### STIPULATION FOR DISMISSAL
### WITH PREJUDICE OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPUALTED, by and between the parties, through their

respective counsel, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure,

as amended, that all claims and parties herein are hereby DISMISSED WITH

PREJUDICE.

Pursuant to the *Settlement Agreement* executed between parties, this Court shall retain jurisdiction over the *Settlement Agreement*, dated July 6, 2015 and the terms contained within.

All remaining parties have signed this *Stipulation for Dismissal with Prejudice of All Claims and Parties*. There are no remaining parties and/or issues.

DATED: Honolulu, Hawaiʻi, ___7/13/15___.

      /s/ Lunsford Dole Phillips    .
LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff
ED MUEGGE

DATED: Hilo, Hawaiʻi, ___July 16, 2015___.

      /s/ Melody Parker    .
MELODY PARKER
Attorney for Defendant
COUNTY OF HAWAIʻI

APPROVED AND SO ORDERED:



   /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

DATED AT HONOLULU, HAWAIʻI, August 13, 2015.

---

Ed Muegge v. County of Hawaiʻi; Civil No.; CV 14-00002 LEK-RLP: *Stipulation for Dismissal With Prejudice of All Claims and Parties; Order*